1  Guido Saveri
   R. Alexander Saveri
2  Cadio Zirpoli
   SAVERI & SAVERI, INC.
3  706 Sansome Street
   San Francisco, CA 94111
4  Tel.: (415) 217-6810
5  Fax: (415) 217-6813
   guido@saveri.com
6  rick@saveri.com
   cadio@saveri.com
7
8  *Counsel for Plaintiff Grime*

9  Robert G. Abrams
   Thomas A. Isaacson
10 Peter A. Barile III
11 HOWREY LLP
   1299 Pennsylvania Avenue, N.W.
12 Washington, DC 20004
   Tel.: (202) 783-0800
13 Fax: (202) 383-6610
   abramsr@howrey.com
14 isaacsont@howrey.com
   barilep@howrey.com
15
16 *Counsel for Plaintiffs Andrea Resnick, et al.*
   [Additional counsel on signature page]
17

Jonathan M. Jacobson
WILSON SONSINI GOODRICH & ROSATI, PC
1301 Avenue of the Americas, 40th Floor
New York, NY 10019
Tel.: (212) 999-5800
Fax: (212) 999-5899
jjacobson@wsgr.com
swalsh@wsgr.com

*Counsel for Defendant Netflix, Inc.*

Neal Manne
SUSMAN GODFREY LLP
1000 Louisiana Street, Suite 5100
Houston, Texas 77002
Tel: (713) 651-9366
Fax: (713) 654-6666
nmanne@susmangodfrey.com
rhess@susmangodfrey.com

*Counsel for Defendants Wal-Mart Stores, Inc, et al.*
[Additional counsel on signature page]

18 **UNITED STATES DISTRICT COURT**
   **NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION**
19

20 Andrea Resnick et al. v. Walmart.com, et al.
   (Case No. C 09-0002 PJH)
21 Michael O'Connor v. Walmart.com, et al.
   (Case No. C 09-0096 PJH)
22 Sarah Endzweig v. Walmart.com, et al.
   (Case No. C 09-0111 PJH)
23 Christopher Schmitz v. Walmart.com, et al.
   (Case No. C 09-0116 PJH)
24 Scott Lynch, et al. v. Walmart.com, et al.
25 (Case No. C 09-0138 PJH)
   Jonathan Groce, et al. v. Netflix, Inc., et al.
26 (Case No. C 09-0139 PJH)
   Liza Sivek v. Walmart.com, et al.
27 (Case No. C 09-0156 PJH)
   Armond Faris v. Netflix, Inc., et al.
28

Related Case File No. C 09-0002 PJH

**STIPULATION AND [~~PROPOSED~~] ORDER POSTPONING ADR CASE FILING REQUIREMENTS UNTIL THE ISSUES ARE ADDRESSED AT THE UPCOMING JOINT CASE MANAGEMENT CONFERENCE**

**Date:   April 9, 2009**
**Time:  1:30 p.m.**
**Courtroom 3, 17th Floor**

**Hon. Phyllis J. Hamilton**

| | |
|---|---|
| 1 | (Case No. C 09-0180 PJH) |
| | Suzanne Slobodin v. Netflix, Inc., et al. |
| 2 | (Case No. C 09-0225 PJH) |
| | Katherine Anthony, et al. v. Walmart.com, et al. |
| 3 | (Case No. C 09-0236 PJH) |
| 4 | Melanie Polk-Stamps v. Netflix, Inc., et al. |
| | (Case No. C 09-0244 PJH) |
| 5 | Richard Sheeler, Jr. v. Walmart.com, et al. |
| | (Case No. C 09-0274 PJH) |
| 6 | Cathleen Chapman v. Netflix, Inc., et al. |
| 7 | (Case No. C 09-0294 PJH) |
| | Michael Orozco v. Netflix, Inc., et al. |
| 8 | (Case No. C 09-0297 PJH) |
| | Linda Landels, et al. v. Netflix, Inc., et al. |
| 9 | (Case No. C 09-0340 PJH) |
| | Sarah Grime v. Netflix, Inc., et al. |
| 10 | (Case No. C 09-0349 PJH) |
| 11 | Douglas Meyer v. Walmart.com, et al. |
| | (Case No. C 09-0361 PJH) |
| 12 | Laura Randall v. Walmart.com, et al. |
| | (Case No. C 09-0368 PJH) |
| 13 | Frank Hirsch v. Netflix, Inc., et al. |
| 14 | (Case No. C 09-0375 PJH) |
| | Melanie Miscioscia v. Netflix, Inc., et al. |
| 15 | (Case No. C 09-0377 PJH) |
| | James Chatelain v. Netflix, Inc., et al. |
| 16 | (Case No. C 09-0391 PJH) |
| 17 | Patras v. Netflix, Inc., et al. |
| | (Case No. C 09-00378 PJH) |
| 18 | Weiner v. Walmart.com USA LLC, et al. |
| | (Case No. C 09-00398 PJH) |
| 19 | Millrood v. Walmart.com USA LLC, et al. |
| 20 | (Case No. C 09-00399 PJH) |
| | Kober v. Walmart.com USA LLC, et al. |
| 21 | (Case No. C 09-00400 PJH) |
| | Lacabe v. Walmart.com USA LLC, et al. |
| 22 | (Case No. C 09-00402 PJH) |
| 23 | Roy v. Netflix, Inc., et al. |
| | (Case No. C 09-00434 PJH) |
| 24 | Bruno, et al. v. Walmart.com USA LLC, et al. |
| | (Case No. C 09-00445 PJH) |
| 25 | Zaker v. Netflix, Inc., et al. |
| 26 | (Case No. C 09-00447 PJH) |
| | Parikh v. Netflix, Inc., et al. |
| 27 | (Case No. C 09-00496 PJH) |
| | Johnson v. Walmart.com USA LLC, et al. |
| 28 | (Case No. C 09-00553 PJH) |
| | Gannon v. Walmart.com USA LLC, et al. |

HOWREY LLP

| (Case No. C 09-00554 PJH) | |
| Williams v. Netflix, Inc., et al. | |
| (Case No. C 09-00678 PJH) | |
| Haddad v. Netflix, Inc., et al. | |
| (Case No. C-09-00958 PJH) | |
| Wiebe v. Netflix, Inc., et al. | |
| (Case No. 09-01274 PJH) | |

WHEREAS, there are currently pending before this Court thirty five (35) separate related actions under individual case filing numbers that involve substantially the same allegations (collectively, the "Cases");

WHEREAS, pursuant to Civil L.R. 16-8 (b), (c) and ADR L.R. 3-5 (b), (c), (d), all parties in each of the Cases are required to file ADR Certifications and Stipulations and [Proposed] Orders Selecting ADR Process, or Notices of Need for ADR Phone Conference;

WHEREAS, Civil L.R. 16-8 and ADR L.R. 3-5 require all parties in each of the thirty five (35) actions to meet and confer and file pleadings indicating their position on matters relating to ADR, Mediation, and Arbitration;

WHEREAS, each of the Cases is a proposed class action on behalf of the same class, thereby making it necessary as a practical matter for all of the parties to agree on one ADR method;

WHEREAS, the parties to the Cases will be submitting to the Court a Joint Case Management Statement on April 2, 2009 addressing many of the issues required in Civil L.R. 16-8 and ADR L.R. 3-5, prior to the April 9, 2009 Case Management Conference;

WHEREAS, the parties to the Cases wish to conserve the resources of the parties and the Court;

1    IT IS HEREBY STIPULATED AND AGREED by and between defendants Netflix, Inc, Wal-

2  Mart Stores, Inc., Walmart.com USA LLC, and all plaintiffs in the Cases, by and through their

3  attorneys, that the parties ADR obligations pursuant to L.R. 16 and ADR L.R. 3-5 are postponed and

4  shall be addressed at the April 9, 2009 Case Management Conference.

5  Dated: March 30, 2009

6

7                                Guido Saveri
                                 R. Alexander Saveri
8                                Cadio Zirpoli
                                 SAVERI & SAVERI, INC.
9                                706 Sansome Street
                                 San Francisco, CA 94111
10                               Tel.:  (415) 217-6810
                                 Fax:  (415) 217-6813
11

12                               By:  s/ Guido Saveri

13                               *Counsel for Plaintiff*

14                                 *Grime v. Netflix, Inc., et al., Case No. C 09-0349 PJH*

15

16                               Robert G. Abrams
                                 Thomas A. Isaacson
17                               Peter A. Barile III
                                 HOWREY LLP
18                               1299 Pennsylvania Avenue, N.W.
                                 Washington, DC 20004
19                               Tel.: (202) 783-0800
                                 Fax: (202) 383-6610
20

21                               Paul Alexander
                                 HOWREY LLP
22                               1950 University Avenue
                                 East Palo Alto, CA 94303
23                               Tel.: (650) 798-3500
                                 Fax: (650) 798-3600
24

25                               Emily L. Maxwell
                                 HOWREY LLP
26                               525 Market Street, Suite 3600
                                 San Francisco, CA 94105
27                               Tel.: (415) 848-4947
                                 Fax: (415) 848-4999
28

HOWREY LLP

-4-

1

2

BY:  s/ Robert G. Abrams

3

*Counsel for Plaintiffs*

4

5

 Resnick, et al. v. Walmart.com USA LLC, et al., Case No.
3:09-cv-00002

6

*- and in the following related cases -*

7

8

9

10

11

12

13

 O'Connor v. Walmart.com USA LLC, et al.,
Case No. 3:09-cv-00096
Anthony, et al. v. Walmart.com USA LLC, et al.,
Case No. 3:09-cv-00236
Sheeler, Jr. v. Walmart.com USA LLC, et al.,
Case No. 3:09-cv-00274
Meyer v. Walmart.com USA LLC, et al.,
Case No. 3:09-cv-00361
 Johnson v. Walmart.com USA LLC, et al., Case No. 3:09-cv-
00553
 Gannon v. Walmart.com USA LLC, et al., Case No. 3:09-cv-
00554

14

15

16

17

*-and attests in accordance with General Order No. 45 X. B.
that concurrence in the filing of the document has been
obtained from each of  the undersigned counsel in all of the
above-captioned actions*

18

**Defendants' Counsel**

19

20

21

22

23

Jonathan M. Jacobson
Sara Ciarelli Walsh
WILSON SONSINI GOODRICH & ROSATI, PC
1301 Avenue of the Americas
40th Floor
New York, NY 10019
Tel.:  (212) 999-5800
Fax:  (212) 999-5899

24

25

26

27

Keith E. Eggleton
WILSON SONSINI GOODRICH & ROSATI
650 Page Mill Road
Palo Alto, Ca 94304-1050
Tel: (650) 493-9300
Fax: (650) 565-5100

28

HOWREY LLP

1

2

3

4

Scott Andrew Sher
WILSON SONSINI GOODRICH & ROSATI
1700 K Street, NW, Fifth Floor
Washington, DC 20006
Tel: (202) 973-8800
Fax: (202) 973-8899

5

By: s/ Jonathan M. Jacobson

6

*Counsel for Defendant Netflix, Inc.*

7

8

9

10

11

12

13

14

15

Neal Manne
Richard Wolf Hess
SUSMAN GODFREY LLP
1000 Louisiana Street, Suite 5100
Houston, Texas 77002
Tel: (713) 651-9366
Fax: (713) 654-6666
Genevieve Vose
SUSMAN GODFREY LLP
1201 Third Ave., Suite 3800
Seattle, WA 98101-3000
Tel: (206) 516-3836
Fax: (206-516-3883

16

17

18

19

20

Stephen E. Morrissey
Kathryn Parsons Hoek
Marc M. Seltzer
SUSMAN GODFREY LLP
1901 Avenue of the Stars, Suite 950
Los Angeles, CA 90067-6029
Tel.: 310-789-3100
Fax: 310-789-3150

21

By:  s/ Neal Manne

22

23

24

*Counsel for Defendant Wal-Mart Stores, Inc. and Walmart.com USA LLC*

25

26

27

28

HOWREY LLP

-6-
STIPULATION AND [PROPOSED] ORDER RE ADR

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**HOWREY LLP**

**<u>Plaintiffs' Counsel in each of the
above captioned related cases</u>**

Eugene A. Spector
Jeffrey J. Corrigan
Theodore M. Lieverman
Jay S. Cohen
Jonathan M. Jagher
SPECTOR ROSEMAN KODROFF
& WILLIS, P.C.
1818 Market Street, Suite 2500
Philadelphia, PA 19103
Tel.: (215) 496-0300
Fax: (215) 496-6611

*Counsel for Plaintiffs*

   O'Connor v. Walmart.com USA LLC, et al., Case No. C 09-0096 PJH
   Sheeler, Jr. v. Walmart.com USA LLC, et al., Case No. C 09-0274 PJH
   Meyer v. Walmart.com USA LLC, et al., Case No. C 09-0361 PJH
   Johnson v. Walmart.com USA LLC, et al. Case No. C 09-00553 PJH
   Gannon v. Walmart.com USA LLC, et al. Case No. C 09-00554 PJH

Natalie Finkelman Bennett
SHEPHERD, FINKELMAN, MILLER,
SHAH, LLP
35 East State Street
Media, PA 19063
Tel.: (610) 891-9880
Fax: (610) 891-9883

Gary E. Mason
Donna F. Solen
THE MASON LAW FIRM LLP
1225 19th Street, N.W., Suite 500
Washington, DC 20036
Tel.: (202) 429-2290
Fax: (202) 429-2294

*Counsel for Plaintiff*

   O'Connor v. Walmart.com USA LLC, et al., Case No. C 09-

-7-

1 0096 PJH

2 Joseph J. Tabacco, Jr.
Christopher T. Heffelfinger
3 Todd A. Seaver
BERMAN DEVALERIO
4 425 California Street, Suite 2100
San Francisco, CA 94104
5 Tel.: (415) 433-3200
6 Fax: (415) 433-6382

7 Manuel J. Dominguez
BERMAN DEVALERIO
8 4280 Professional Center Drive, Suite 350
Palm Beach Gardens, FL 33410
9 Tel: (561) 835-9400
10 Fax: (561) 835-0322

11 *Counsel for Plaintiffs*

12  *Endzweig v. Walmart.com USA LLC, et al.*, Case No. C 09-
13 0111 PJH
 *Lynch, et al. v. Walmart.com USA LLC, et al.*, Case No. C
14 09-0138 PJH
 *Bruno, et al. v. Walmart.com USA LLC, et al.* Case No. C
15 09-00445 PJH

16 H. Laddie Montague, Jr.
17 Merrill G. Davidoff
David F. Sorensen
18 Peter Kohn
BERGER & MONTAGUE, P.C.
19 1622 Locust Street
Philadelphia, PA 19103
20 Tel.: (215) 875-3010
21 Fax: (215) 875-4604

22 Vahn Alexander
FARUQI & FARUQI, LLP
23 1901 Avenue of the Stars, 2nd Floor
24 Los Angeles, CA 90067
Tel.: (310) 461-1426
25 Fax: (310) 461-1427

26 Kendall S. Zylstra
Richard Schwartz
27 FARUQI & FARUQI, LLP
28 2600 Philmont Avenue, Suite 324

HOWREY LLP

-8-

1   Huntingdon Valley, PA 19006
    Tel.:  (215) 914-2460
2   Fax:  (215) 914-2462

3   *Counsel for Plaintiffs*

4     *Schmitz v. Walmart.com USA LLC, et al.*, Case No. C 09-
    0116 PJH
5     *Sivek v. Walmart.com USA LLC, et al.*, Case No. C 09-0156
6   PJH

7   Daniel A. Small
    Benjamin D. Brown
8   Kit Pierson
    Christopher Cormier
9   COHEN MILSTEIN SELLERS & TOLL PPLC
    1100 New York Avenue, N.W.
10  Suite 500, West Tower
    Washington, DC 20005
11  Tel.:  (202) 838-7797
    Fax:  (202) 838-7745
12

13  *Counsel for Plaintiffs*

14    *Lynch, et al. v. Walmart.com USA LLC, et al.*, Case No. C
15  09-0138 PJH

16  Bryan L. Clobes
    Ellen Meriwether
17  Timothy Fraser
    CAFFERTY FAUCHER LLP
18  1717 Arch Street, Ste., 3610
    Philadelphia, PA 19103
19

20

21  Nyran Rose Pearson
    CAFFERTY FAUCHER LLP
22  30 N. LaSalle Street, Suite 3200
    Chicago IL 60602
23

24  *Counsel for Plaintiffs*

25    *Groce, et al. v. Netflix, Inc., et al.*, Case No. C 09-0139 PJH

26  Kevin Bruce Love
    Michael E. Criden
27  CRIDEN & LOVE, P.A.
    7301 S.W. 57 h Court, Suite 515
28

HOWREY LLP

-9-
STIPULATION AND [PROPOSED] ORDER RE ADR

1             South Miami, FL 33143

2             *Counsel for Plaintiff*

3               Faris v. Netflix, Inc., et al., Case No. C 09-0180 PJH

4             Daniel E. Girard

5             Elizabeth C. Pritzker
            GIRARD GIBBS LLP

6             601 California Street, Suite 1400
            San Francisco, CA 94180

7

8             *Counsel for Plaintiffs*

9              Groce, et al. v. Netflix, Inc., et al., Case No. C 09-0139 PJH
             Faris v. Netflix, Inc., et al., Case No. C 09-0180 PJH

10              Polk-Stamps v. Netflix, Inc., et al., Case No. C 09-0244 PJH

11             Robert C. Schubert

12             Willem F. Jonckheer
            SCHUBERT JONCKHEER KOLBE &

13             KRALOWEC LLP
            Three Embarcadero Center, Suite 1650

14             San Francisco, CA 94111
            Tel.:  (415) 788-4220

15             Fax:  (415) 788-0161

16

17             *Counsel for Plaintiffs*

18              Slobodin v. Netflix, Inc., et al., Case No. C 09-0225 PJH
             Landels, et al. v. Netflix, Inc., et al., Case No. C 09-0340 PJH

19              Melanie Miscioscia v. Netflix, Inc., et al., Case No. C 09-0377
            PJH

20              James Chatelain v. Netflix, Inc., et al., Case No. C 09-0391
            PJH

21

22             Judith L. Spanier
            Jill S. Abrams

23             Natalie Marcus
            ABBEY SPANIER RODD & ABRAMS, LLP

24             212 East 39th Street
            New York, New York 10016

25             Tel.:  (212) 889-3700
            Fax:  (212) 684-5191

26

27             Craig H. Blinderman
            MREJEN BLINDERMAN, P.L.

28             701 West Cypress Creek Road, Suite 302

HOWREY LLP

-10-
STIPULATION AND [PROPOSED] ORDER RE ADR

1   Fort Lauderdale, FL 33309
    Tel.:  (954) 771-3740
2   Fax:  (954) 771-3047

3   *Counsel for Plaintiffs*

4     *Anthony, et al. v. Walmart.com USA LLC, et al.*, Case No. C
5   09-0236 PJH

6
7   Mary Jane Fait
    Theodore T. Bell
8   John E. Tangren
    WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLC
9   55 West Monroe Street, Suite 1111
    Chicago, IL 60603
10
11  *Counsel for Plaintiffs*

12    *Polk-Stamps v. Netflix, Inc., et al.*, Case No. C 09-0244 PJH

13  Lee Albert
    Brian Brooks
14  Jacqueline Sailer
    MURRAY, FRANK & SAILER LLP
15  275 Madison Avenue, Suite 801
    New York, New York 10016
16  Tel.:  (212) 682-1818
    Fax:  (212) 682-1892
17

18  *Counsel for Plaintiff*

19    *Sheeler, Jr. v.  Walmart.com USA LLC, et al.*, Case No. C
20  09-0274 PJH

21
    Michael F. Ram
22  Erica Craven-Green
    LEVY, RAM & OLSON LLP
23  639 Front Street, 4th Floor
    San Francisco, CA 94111
24  Tel.:  (415) 433-4949
    Fax:  (415) 433-7311
25

26  *Counsel for Plaintiff*

27    *Chapman v. Netflix, Inc., et al.*, Case No. C 09-0294 PJH

28

-11-
STIPULATION AND [PROPOSED] ORDER RE ADR

1   Alex C. Turan
    MONTURA LAW GROUP
2   2070 N. Broadway, Suite 5492
    Walnut Creek, CA 94596
3   Tel.:  (415) 308-0025
    Fax:  (925) 256-9615
4

5       *Counsel for Plaintiff*

6          Orozco v. Netflix, Inc., et al., Case No. C 09-0297 PJH

7   Guy A. Wilson
    LAW OFFICES OF GUY A. WILSON
8   509 Orchard Street
    Santa Rosa, CA 95404
9   Tel.:  (707) 525-1277

10
    Roy A. Katriel
11  THE KATRIEL LAW FIRM
    1101 30th Street
12  Washington, DC 20007
    Tel.:  (202) 625-4342
13

14      *Counsel for Plaintiffs*

15         Landels, et al. v. Netflix, Inc., et al., Case No. C 09-0340 PJH

16

17

18

19

20

21

22

23

24

25

26

27

28

HOWREY LLP

-12-
STIPULATION AND [PROPOSED] ORDER RE ADR

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Marc H. Edelson
EDELSON & ASSOCIATES, LLC
45 West Court Street
Doylestown, PA 18901
Tel.:  (215) 230-8043
Fax:  (215) 230-8735

*Counsel for Plaintiff*

 Meyer v. Walmart.com USA LLC, et al., Case No. C 09-0361 PJH

Linda P. Nussbaum
KAPLAN, FOX & KILSHEIMER, LLP
850 Third Avenue, 14th Floor
New York, NY 10022
Tel.:  (212) 680-1980
Fax:  (212) 687-7714

Laurence D. King
Linda M. Fong
KAPLAN, FOX & KILSHEIMER, LLP
350 Sansome Street, Suite 400
San Francisco, CA 94104
Tel.:  (415) 772-4700
Fax:  (415) 772-4707

*Counsel for Plaintiff*

 Randall v. Walmart.com USA LLC, et al., Case No. C 09-0368 PJH

1

2      Harry Shulman
       THE MILLS LAW FIRM
3      880 Las Gallinas Avenue, Suite 2
       San Rafael, CA 94903
4      Tel.:  415-455-1326
       Fax: 415-455-1327
5
       Douglas A. Millen
6      FREED KANNER LONDON & MILLEN, LLC
       2201 Waukegan Road, Suite 130
7      Bannockburn, IL 60015
       Tel.: (224) 632-4500
8      Fax.: (224) 632-4521
9
       *Counsel for Plaintiff*
10
          Hirsch v. Netflix, Inc., et al., Case No. C 09-0375 PJH
11
12     David Pastor
       GILMAN & PASTOR, LLP
13     63 Atlantic Avenue, Third Floor
       Boston, MA 02110
14     Tel.:  (617) 742-9700
15
       Michael F. Germano
16     LAW OFFICES OF MICHAEL GERMANO, P.C.
       63 Atlantic Avenue, Third Floor
17     Boston, MA 02110
       Tel.:  (617) 367-5911
18
       *Counsel for Plaintiff*
19
          Melanie Miscioscia v. Netflix, Inc., et al., Case No. C 09-0377
20     PJH

21

22

23

24

25

26

27

28

HOWREY LLP

1

2  Mark Warshaw
Jaquelynn Pope
3  WARSHAW & POPE
934 Hermosa Avenue, Suite 14
4  Hermosa Beach, CA 90254
Tel.:  (310) 379-3410

5

6  Edward F. Haber
SHAPIRO HABER & URMY
7  53 State Street
Boston, MA 02109
8  Tel.:  (617) 439-3939

9  *Counsel for Plaintiff*

10   James Chatelain v. Netflix, Inc., et al., Case No. C 09-0391
PJH
11

12  Richard M. Volin
Michael McLellan
13  FINKELSTEIN THOMPSON LLP
1050 30th Street, N.W.
14  Washington, DC 20007
Tel.:  (202) 337-8000
15  Fax:  (202) 337-8090

16  Rosemary M. Rivas
17  Mark Punzalan
FINKELSTEIN THOMPSON LLP
18  100 Bush Street, Suite 1450
San Francisco, CA 94104
19  Tel.:  (415) 398-8700
Fax:  (415) 398-8704
20

21  Gordon M. Fauth, Jr.
LITIGATION LAW GROUP
22  1801 Clement Avenue, Suite 101
Alameda, CA 94501
23  Tel.:  (510) 238-9610
Fax:  (510) 337-1431
24

25  *Counsel for Plaintiff*

26   Patras v. Netflix, Inc., et al., Case No. C 09-00378 PJH

27

28

HOWREY LLP

-15-
STIPULATION AND [PROPOSED] ORDER RE ADR

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Anthony J. Bolognese
Joshua H. Grabar
BOLOGNESE & ASSOCIATES, LLC
Two Penn Center
1500 JFK Boulevard, Suite 320
Philadelphia, PA 19102
Tel.: (215) 814-6750
Fax: (215) 814-6764

*Counsel for Plaintiff*

   *Weiner v. Walmart.com USA LLC, et al.*, Case No. C 09-00398 PJH

Gerald J. Rodos
Jeffrey B. Gittleman
Julie B. Palley
BARRACK, RODOS & BACINE
3300 Two Commerce Square
2001 Market Street
Philadelphia, PA 19130
Tel.: (215) 963-0600
Fax: (215) 963-0838

Steve R. Basser
BARRACK, RODOS & BACINE
One American Plaza
600 West Broadway, Suite 900
San Diego, CA 92101
Tel.: (619) 230-0800
Fax: (619) 230-1874

*Counsel for Plaintiff*

   *Millrood v. Walmart.com USA LLC, et al.* Case No. C 09-00399 PJH

HOWREY LLP

-16-

STIPULATION AND [PROPOSED] ORDER RE ADR

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Frank J. Johnson
Francis A. Bottini, Jr.
JOHNSON BOTTINI, LLP
655 West Broadway, Suite 1400
San Diego, CA 92101
Tel.:  (619) 230-0063
Fax:  (619) 233-5535

*Counsel for Plaintiff*

   Kober v. Walmart.com USA LLC, et al.  Case No. C 09-00400 PJH

Joseph Saveri
Michele C. Jackson
Eric B. Fastiff
Andrew S. Kingsdale
LIEFF CABRASER HEIMANN
& BERNSTEIN, LLP
275 Battery Street, Suite 3000
San Francisco, CA 94111
Tel.:  (415) 956-1000
Fax:  (415) 956-1008

*Counsel for Plaintiff*

   Lacabe v. Walmart.com USA LLC, et al.  Case No. C 09-00402 PJH

Bruce L. Simon
Jonathan M. Watkins
PEARSON, SIMON, SOTER, WARSHAW
& PENNY, LLP
44 Montgomery Street, Suite 1430
San Francisco, CA 94104
Tel.:  (415) 433-9000
Fax:  (415) 433-9008

*Counsel for Plaintiff*

   Roy v. Netflix, Inc., et al.  Case No. C 09-00434 PJH

-17-

STIPULATION AND [PROPOSED] ORDER RE ADR

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Mindee J. Reuben
WEINSTEIN KITCHENOFF & ASHER, LLC
1845 Walnut Street, Suite 1100
Philadelphia, PA 19103
Tel.: (215) 545-7200
Fax: (215) 535-6535

*Counsel for Plaintiffs*

  Bruno, et al. v. Walmart.com USA LLC, et al.  Case No. C
09-00445 PJH

Edward A. Wallace
Kenneth A. Wexler
WEXLER WALLACE, LLP
55 West Monroe Street, Suite 3300
Chicago, IL 60603
Tel: 312.346.2222
Fax: 312.346.0022

Mark J. Tamblyn
Neha Duggal
WEXLER WALLACE, LLP
455 Capitol Mall, Suite 231
Sacramento, CA 95814
Tel.: 916-492-1100
Fax: 916-492-1124

*Counsel for Plaintiff*

  Zaker v. Netflix, Inc., et al.  Case No. C 09-00447 PJH

Bonny E. Sweeney
David W. Mitchell
COUGHLIN STOIA GELLER RUDMAN &
ROBBINS LLP
655 West Broadway, Suite 1900
San Diego, CA 92101
Tel.: (619) 231-1058
Fax: (619) 231-7423

William C. Wright
THE LAW OFFICES OF WILLIAM C.
WRIGHT, P.A.
301 Clematis Street, Suite 3000
West Palm Beach, FL 33401

HOWREY LLP

-18-
STIPULATION AND [PROPOSED] ORDER RE ADR

Tel.:  (561) 514-0904
Fax:  (561) 514-0905

*Counsel for Plaintiff*

 *Parikh v. Netflix, Inc., et al.*  Case No. C 09-00496 PJH

Garrett D. Blanchfield
REINHARDT, WENDORF & BLANCHFIELD
E1250 First National Bank Building
332 Minnesota Street
St. Paul, MN 55101
Tel.:  (651) 287-2100
Fax:  (651) 287-2103

*Counsel for Plaintiff*

 *Johnson v. Walmart.com USA LLC, et al.*  Case No. C 09-00553 PJH

David P. McLafferty
MCLAFFERTY & ASSOCIATES, P.C.
923 Fayette Street
Conshohocken, PA 19428
Tel.:  (610) 940-4000
Fax:  (610) 940-4007

*Counsel for Plaintiff*

 *Gannon v. Walmart.com USA LLC, et al.*  Case No. C 09-00554 PJH

Dianne M. Nast
Joseph F. Roda
Michele S. Burkholder
Daniel N. Gallucci
RODANAST, P.C.
801 Estelle Drive
Lancaster, Pennsylvania 17601
Telephone: (717) 892-3000
Facsimile: (717) 892-1200

*Counsel for Plaintiff*

 *Williams v. Netflix, Inc., et al.*  Case No. C 09-00678 PJH

Edward M. Gergosian

STIPULATION AND [PROPOSED] ORDER RE ADR

HOWREY LLP

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Robert J. Gralewski
William D. Harris
GERGOSIAN & GRALEWSKI LLP
655 West Broadway Suite 1410
San Diego CA 92101
Tel 619-237-9500
Fax 619-237-9555 fax

*Counsel for Plaintiff*

  Haddad v. Netflix, Inc., et al., Case No. C-09-00958 PJH

Matthew Schultz (220641)
Timothy D. Battin
Thomas M. Palumbo
STRAUS & BOIES, LLP
4041 University Drive, 5th Floor
Fairfax, Virginia  22030
Tel:  (703) 764-8700
Fax: (703) 764-8704

*Counsel for Plaintiff*

  Wiebe v. Netflix, Inc., et al., Case No. 09-01274 PJH


**[PROPOSED] ORDER**


**PURSUANT TO STIPULATION, IT IS SO ORDERED.**


**Dated:** 4/2/09

_____
**Hon. Phyllis J. Hamilton**
**UNITED STATES DISTRICT COURT JUDGE**

IT IS SO ORDERED
Judge Phyllis J. Hamilton

STIPULATION AND [PROPOSED] ORDER RE ADR

1

**PROOF OF SERVICE**

2

3        I HEREBY CERTIFY that on April 1, 2009, I caused a true and correct copy of the foregoing

to be filed with the Clerk of Court using the Court's CM/ECF system, which will send a notice of

4

electronic filing to the parties.

5

6                                    /s/ Peter A. Barile III

7                              Peter A. Barile III (*pro hac vice*)

8                              HOWREY LLP
                               1299 Pennsylvania Avenue, N.W.
9                              Washington, DC 20004
                               Tel.: (202) 783-0800
10                             Fax: (202) 383-6610
                               *Counsel for Plaintiffs*
11

12                               Resnick, et al. v. Walmart.com USA LLC, et al., Case
                               No. 3:09-cv-00002
13

14                             *- and in the following related cases -*

15                               O'Connor v. Walmart.com USA LLC, et al.,
                               Case No. 3:09-cv-00096
16                               Anthony, et al. v. Walmart.com USA LLC, et al.,
                               Case No. 3:09-cv-00236
17                               Sheeler, Jr. v. Walmart.com USA LLC, et al.,
                               Case No. 3:09-cv-00274
18                               Meyer v. Walmart.com USA LLC, et al.,
                               Case No. 3:09-cv-00361
19                               Johnson v. Walmart.com USA LLC, et al., Case No.
20                             3:09-cv-00553
                                 Gannon v. Walmart.com USA LLC, et al., Case No.
21                             3:09-cv-00554

22                             *-and attests in accordance with General Order No. 45
                               X. B. that concurrence in the filing of the document has
23                             been obtained from counsel in all of the above-
                               captioned actions*
24

25

26

27

28